

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:            01-13-00827-CV

Style:                   In re Amy Lynne Harbour

Date motion filed*:        November 6, 2013

Type of motion:          Motion for Second Extension of Time to File Response to Petition for Writ of Mandamus

Party filing motion:       Real party in interest Gregory Sean Cameron

Document to be filed:     Response to petition for writ of mandamus

If motion to extend time:

      Original due date:                October 23, 2013

      Number of previous extensions granted:     1          Current Due date: November 7, 2013

      Date Requested:             November 22, 2013

Ordered that motion is:

        ☑       Granted

            If document is to be filed, document due: **November 22, 2013**

            ☑      **The Court will not grant additional motions to extend time absent extraordinary circumstances.**

        ☐       Denied

        ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

        ☐       Other: _____

Judge's signature:    /s/ Justice Jim Sharp

                   ☑ Acting individually      ☐ Acting for the Court

Panel consists of      _____

Date: November 14, 2013

November 7, 2008 Revision